NICHOLAS M. WOOLDRIDGE
Nevada State Bar No.: 8732
WOOLDRIDGE LAW LTD.
400 SOUTH 7TH STREET, SUITE 400
LAS VEGAS, NV 89101
TELEPHONE: (702) 623-6362
FACSIMILE: (702) 359-8494
EMAIL: NICHOLAS@WOOLDRIDGELAWLV.COM

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

GEORGE MCHUGH,

*Defendant.*

Case No.: 2:22-cr-00034-JAD-EJY

ORDER **to Continue Arraignment and Plea Hearing (First Request)**

IT IS HEREBY STIPULATED by and between Nicholas Wooldridge, Esq., counsel for Defendant George McHugh, Christopher Chiou, Acting United States Attorney, and Jacob Operskalski, Assistant United States Attorney, counsel for the United States of America, that the Court vacate the arraignment and plea hearing scheduled for February 18, at 11:00 a.m. and reschedule the hearing for a date and time convenient to this Court, but no sooner than 7 days from the currently scheduled date.

//
//
//

1

This stipulation is entered into for the following reasons:

1.  Defense counsel is unavailable as his wife gave birth to their child yesterday.

2.  The additional time requested herein is not sought for the purposes of delay.

3.  Defense spoke with AUSA Jacob Operskalski and he has no opposition to the continuance.

4.  This is the first request for an extension of the arraignment and plea hearing.

Dated: February 18, 2022.

By: /s/ Nicholas Wooldridge
Nicholas Wooldridge
Attorney for Defendant, George McHugh

CHRISTOPHER CHIOU
Acting United States of Attorney

/s/ Jacob H. Operskalski
JACOB OPERSKALSKI
Assistant United States Attorney

| **ORDER ON STIPULATION**

IT IS SO FOUND AND ORDERED this __18th__ day of February, 2022___.

_____
UNITED STATES DISTRICT JUDGE
DANIEL J. ALBREGTS

ORDERED Arraignment and Plea is reset to March 4, 2022, at 1:30 p.m. in Courtroom 3C.

2