# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-00034-JAD-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| GEORGE MCHUGH, | |
| Defendant. | |

Pending before the Court is Defendant George McHugh's motion to modify his conditions of pretrial release.  Docket No. 24.  On April 15, 2022, the Court ordered the United States to file a response containing the position of Defendant's Pretrial Services Officer.  Docket No. 25.  The United States failed to comply with the Court's order.  *See* Docket.  The Court again **ORDERS** the United States to respond to Defendant's motion to modify his conditions of pretrial release, including the position of Defendant's Pretrial Services Officer.  Such response must be filed no later than April 27, 2022.  Failure to comply with the Court's order may result in sanctions.  *See* LR IA 11-8.

IT IS SO ORDERED.

DATED: April 26, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE