NICHOLAS M. WOOLDRIDGE
Nevada State Bar No. 8732
WOOLDRIDGE LAW, LTD.
400 South 7th Street, 4th Floor
Las Vegas, NV 89101
Telephone: (702) 330-4645
Facsimile: (702) 359-8494
nicholas@wooldridgelawlv.com
Attorney for George McHugh

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:22-cr-00034-JAD-EJY-1 |
| Plaintiff, | : | |
| v. | : | **THIRD STIPULATION TO CONTINUE SENTENCING** |
| GEORGE MCHUGH, | : | |
| Defendant. | : | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Jason Frierson, United States Attorney, and Jacob Operskalski, Assistant United States Attorney, counsel for the United States of America (hereinafter "the Government"), and Nicholas Wooldridge, Esq., Wooldridge Law Ltd., counsel for Defendant George McHugh ("the Defendant") (collectively, "the Parties"), that the sentencing hearing currently scheduled for February 12, 2024 at the hour of 10:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than 60 days.

//

//

//

The Stipulation is entered into for the following reasons:

1. The Defendant is not in custody and does not oppose the continuance.

2. The additional time requested herein is not sought for purposes of delay, but to allow counsel for the defendant additional time to prepare for sentencing.

3. This is the Defendant's third request for continuance and the Government does not oppose this request for continuance.

This is the Third Stipulation to continue filed herein.

DATED: January 2, 2024

| WOOLDRIDGE LAW, LTD. | JASON FRIERSON<br>United States Attorney |
|---|---|
| By /s/ Nicholas M. Wooldridge<br>NICHOLAS M. WOOLDRIDGE<br>Counsel for George McHugh | By /s/ Jacob Operskalski<br>JACOB OPERSKALSKI<br>Assistant United States Attorney |

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:22-cr-00034-JAD-EJY-1 |
| Plaintiff, | : | |
| v. | : | |
| GEROGE MCHUGH, | : | **ORDER** |
| Defendant. | : | |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant is in the process of collecting additional information and evidence from Defendant's family and needs additional time to prepare for sentencing.

2. The defendant does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but to allow counsel for the defendant additional time to prepare for sentencing.

5. This is the Parties' third stipulation to continue the sentencing hearing.

**IT IS ORDERED** that the hearing for Defendant's sentencing hearing currently scheduled for February 12, 2024 at the hour of 10:00 a.m., be vacated and continued to April 15, 2024 at 11:00 a.m.         .

_____
UNITES STATES DISTRICT JUDGE