UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:22-cr-00034-JAD-EJY-1 |
| Plaintiff, | : | |
| v. | : | |
| GEORGE MCHUGH, | : | **ORDER** |
| Defendant. | : | |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant is in the process of collecting additional information and evidence from Defendant's family and needs additional time to prepare for sentencing.

2. The defendant does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but to allow counsel for the defendant additional time to prepare for sentencing.

5. This is the Parties' fifth stipulation to continue the sentencing hearing.

**IT IS ORDERED** that the hearing for Defendant's sentencing hearing currently scheduled for October 15, 2024 at the hour of 10:00 a.m., be vacated and continued to April 14, 2025 at 10:00 a.m .

_____
Jennifer A. Dorsey
United States District Judge