UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:22-cr-00034-JAD-EJY-1 |
| Plaintiff, | : | |
| v. | : | |
| GEORGE MCHUGH, | : | **ORDER** |
| Defendant. | : | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The continuance is necessary as the final revised Presentence Investigation Report was just filed this afternoon by the U.S. Probation Office.

2. The defendant does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but to allow sufficient time for counsel to review the final revised Presentence Investigation Report with the defendant prior to sentencing.

5. This is the Parties' eighth stipulation to continue the sentencing hearing.

**IT IS ORDERED** that the hearing for Defendant's sentencing hearing currently scheduled for October 17, 2025, at the hour of 10:00 a.m., be vacated and continued to October 27, 2025, at 11:00 am.

_____
UNITES STATES DISTRICT JUDGE

3